1   MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
    Harvey I. Saferstein, Esq. (SBN: 49750)
2   Nada I. Shamonki, Esq. (SBN: 205359)
    2029 Century Park East, Suite 1370
3   Los Angeles, California 90067
    Phone:  310.586.3200
4   Fax:  310.586.3202
    hsaferstein@mintz.com; nshamonki@mintz.com
5

6   Attorneys for Defendant and Counterclaimant
    CVS PHARMACY, INC. and
7   Defendant CVS CAREMARK CORP.

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11

12  EINSTEIN COSMETICS, LLC and          Case No.  CV10-640- AHM (AGRx)
    JOSEPH L. SHALANT,
13                                        **STIPULATION TO CONTINUE**
            Plaintiffs,                   **TRIAL DATE AND RELATED**
14                                        **CASE DEADLINES**
            vs.
15
    CVS CAREMARK CORP., CVS
16  PHARMACY
    And DOES 1-20, Inclusive,
17

18          Defendants.                   Judge:    Honorable A. Howard Matz
                                          Ctrm:     14
19
    AND COUNTER-ACTION
20

21

22          WHEREAS, Plaintiff and Counterdefendants EINSTEIN COSMETICS, LLC

23  and JOSEPH L. SHALANT (hereinafter, "Plaintiffs") and Defendant and

24  Counterclaimant CVS PHARMACY, INC. and Defendant CVS CAREMARK

25  CORP. (hereinafter, "Defendants") (collectively, the "Parties")  have agreed, subject

26  to Court approval, to continue the settlement conference deadline, Final Pretrial

27  Conference, trial date and all corresponding deadlines by at least two months in this

28  action;

                                      1

1     WHEREAS, there were health issues that came up for Plaintiffs' counsel and

2  his family that delayed the discovery process;

3     WHEREAS, because of the complexity of the case issues, the Parties would

4  like to locate and depose certain persons who will require investigation to locate;

5     WHEREAS, despite the Parties' best efforts, investigation and discovery has

6  been very slow and time consuming;

7     WHEREAS, the discovery cut-off is November 1, 2010;

8     WHEREAS, the settlement conference cut-off is November 8, 2010;

9     WHEREAS, the motion hearing cut-off is December 13, 2010;

10    WHEREAS, the expert discovery cut-off is December 27, 2010;

11    WHEREAS, the Court scheduled a Final Pre-Trial Conference for

12  January 24, 2011;

13    WHEREAS, the Court scheduled a trial date of February 8, 2011;

14    WHEREAS, the Parties will not be able to complete the necessary

15  investigation and discovery prior to the above-mentioned deadlines;

16    WHEREAS, in order to adequately investigate the claims and complete certain

17  discovery, the Parties seek a short continuance of at least 60 days of the current case

18  deadlines, including the discovery cut-off, the settlement conference deadline, the

19  Final Pretrial Conference, the trial date and related case deadlines;

20    WHEREAS, the Parties agree that a stipulation extending the discovery cut-off,

21  the settlement conference deadline, the Final Pretrial Conference, trial date and all

22  case related deadlines would preserve the resources of the Parties and the Court and

23  promote judicial efficiency;

24    WHEREAS, the Parties respectfully request that the Court continue the

25  discovery cut-off, the settlement conference deadline, the Final Pretrial Conference,

26  trial date and all related case deadlines;

27    WHEREAS, the present continuance is not sought for any improper purpose;

28

1    WHEREAS, there have been no previous time modifications in the case,

2    whether by stipulation or Court; and

3    WHEREAS, the Parties agree that a stipulation continuing the discovery cut-

4    off, the trial date and related case deadlines for at least 60 days will allow the Parties

5    to complete the investigation and discovery necessary and otherwise efficiently

6    pursue settlement efforts and the claims in this litigation.

7    WHEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY THE

8    PARTIES, through their respective undersigned counsel of record, that the trial date

9    and related case deadlines be continued and set as follows:

10   1.      The trial date, currently February 8, 2011 at 8:00 a.m. in Department 14,

11   shall be continued at least 60 days to a date convenient to the Court.

12   2.      The Final Pre-Trial Conference, currently January 24, 2011 at 11:00 a.m.

13   in Department 14, shall be continued at least 60 days to a date convenient to the

14   Court.

15   3.      The deadline to lodge Pretrial Conference Order, file Memorandum of

16   Contentions of Fact and Law, exhibit list, witness list, and status report re settlement,

17   currently set for January 10, 2011, shall be continued at least 60 days to a date

18   convenient to the Court.

19   4.      The expert discovery cut-off, currently December 27, 2010, shall be

20   continued at least 60 days to a date convenient to the Court.

21   5.      The last day for hand-serving and filing Motions in Limine, currently

22   December 27, 2010, shall be continued at least 60 days to a date convenient to the

23   Court.

24   6.      The motion hearing cut-off, currently December 13, 2010, shall be

25   continued at least 60 days to a date convenient to the Court.

26   7.      The last day to meet before Final Pretrial Conference (L.R. 16-2),

27   currently December 13, 2010, shall be continued at least 60 days to a date convenient

28   to the Court.

1   8. The deadline for Rebuttal Expert Witness Disclosure, currently

2 December 6, 2010, shall be continued at least 60 days to a date convenient to the

3 Court.

4   9. The last day for hand-serving motions and filing (other than Motions in

5 Limine), currently November 15, 2010, shall be continued at least 60 days to a date

6 convenient to the Court.

7   10. The settlement conference cut-off, currently November 8, 2010, shall be

8 continued at least 60 days to a date convenient to the Court.

9   11. The deadline for Opening Expert Witness Disclosure [See F.R.Civ.P.

10 26(a)(2)], currently November 8, 2010, shall be continued at least 60 days to a date

11 convenient to the Court.

12   12. The discovery cut-off, currently November 1, 2010, shall be continued at

13 least 60 days to a date convenient to the Court.

14   13. All related case deadlines tied to the trial date shall also be continued

15 based on the new trial date.

16

17 IT IS SO STIPULATED.

18

19

20 Dated: September 23, 2010   BIESTY GARRETTY & WAGNER

21

22            James T. Biesty

23            *Attorneys for Plaintiffs and*
             *Counterdefendants*
24            *Einstein Cosmetics, LLC and*
             *Joseph Shalant*
25

26

27

28

1

Dated:  September 24, 2010

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO P.C.

Harvey I. Saferstein
Nada I. Shamonki
*Attorneys for Defendant and*
*Counterclaimant CVS Pharmacy, Inc.*
*and Defendant CVS Caremark Corp.*

**PROOF OF SERVICE**

**STATE OF CALIFORNIA**    )
                                 )  ss
**COUNTY OF LOS**       )
**ANGELES**            )

      I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 2029 Century Park East, Suite 1370, Los Angeles, California 90067.

      I hereby certify that on September 24, 2010, the foregoing document(s): **STIPULATION TO CONTINUE TRIAL DATE AND RELATED CASE DEADLINES** was/were electronically filed with the Clerk of the Court using the CM/ECF system which will send will send a notice of electronic filing to the following CM/ECF registered party(ies):

> James T. Biesty
> Biesty Garretty & Wagner
> 5200 W. Century Blvd., Ste. 880
> Los Angeles, CA 90045
> Phone:  (213) 617-9193
> Fax:  (213) 620-0746
> Email:  jbiesty@biestylaw.com
>
> Attorneys for Plaintiffs and Counterdefendants
> EINSTEIN COSMETICS, LLC and JOSEPH L. SHALANT

      I declare under penalty of perjury that the foregoing is true and correct. Executed on September 24, 2010, at Los Angeles, California.

_Diane Endo_
_____
DIANE ENDO

5031814v.1