UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-00640-AHM (AGRx) | Date | September 24, 2010 |
|---|---|---|---|
| Title | EINSTEIN COSMETICS, LLC., et al. v. CVS CAREMARK CORP., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

   Pursuant to the parties' stipulation, the Court orders that the motion hearing cut-off, currently December 13, 2010, shall be continued to February 14, 2011.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |