Joseph L. Shalant
14924 Camarosa Dr.
Pacific Palisades, CA 90272
(213) 380-2020 – Telephone
(310) 454-6314 – Facsimile

Judgment Creditor
In pro per

FILED
2010 NOV 10 PM 4:05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EINSTEIN COSMETICS, LLC and JOSEPH L. SHALANT,<br><br>Plaintiffs,<br><br>v<br><br>CVS CAREMARK CORP, CVS PHARMACY<br>And DOES 1-20, Inclusive,<br><br>Defendants.<br>_____<br>AND COUNTER-ACTION<br>_____ | Case No. CV10-640-AHM (AGRx)<br><br>NOTICE OF FILING LIEN, and **LIEN**<br><br>[CCP § 720(a)(3), 708.410] |

TO JUDGEMENT DEBTORS Benjamin Einstein and Amy Strausheim and to all other interested persons or entities, including CVS Caremark Corp., CVS Pharmacy, Inc; and Cislo & Thomas, LLP, who may claim an interest in this lawsuit independent of or through said judgment debtors.

PLEASE TAKE NOTICE that Benjamin Einstein's and/or Amy Strausheim's interest or potential interest in this instant case is subject to judgment creditor Joseph L. Shalant's judgment (and prior lien) in LASC Case #BC380498 obtained on Aug. 31, 2009

-1-

Notice of Filing Lien…

1  in Dept. 15 of the Los Angeles Superior Court. This notice is herewith filed on Nov. 10,
2  2010.
3      The names and last known addresses of the judgment debtors are as follows:
4  Benjamin Einstein:
5  35684 Larkspur Dr.
6  Wildomar, Calif 92595
7
8  Amy Strausheim
9  35684 Larkspur Dr.
10 Wildomar, Calif 92595
11
12     The present amount required to satisfy the judgment creditor's money judgment is
13 $365,623.47 plus interest at 10% from Aug. 31, 2009 to Nov. 10, 2010 ($43,562) i.e. a
14 total of $409,185.47.  No part of the Aug. 31, 2009 judgment has been paid.
15     Note that this instant lien attaches to any cause of action/judgment in which either
16 judgment debtor may have rights to money (under any judgment subsequently procured
17 judgment in this lawsuit, Case. No. CV10-640-AHM (AGRx).
18     Notice to Judgment Debtors Einstein and Strausheim: You may claim an
19 exemption for all or any portion of the money at issue within 30 days after service of this
20 Notice of Lien. If you do not claim such an exemption within the said 30 days, any
21 exemption to which you may be entitled is waived.
22
23 Dated: Nov. 10, 2010                                     Respectfully submitted,
24 Los Angeles, Calif
25                                                              Joseph L. Shalant
26
27
28

Benjamin Einstein:

35684 Larkspur Dr.

Wildomar, Calif 92595

Amy Strausheim

35684 Larkspur Dr.

Wildomar, Calif 92595

The present amount required to satisfy the judgment creditor's money judgment is $365,623.47 plus interest at 10% from Aug. 31, 2009 to Nov. 10, 2010 ($43,562) i.e. a total of $409,185.47. No part of the Aug. 31, 2009 judgment has been paid.

Note that this instant lien attaches to any cause of action/judgment in which either judgment debtor may have rights to money (under any judgment subsequently procured judgment in this lawsuit, Case. No. CV10-640-AHM (AGRx).

Notice to Judgment Debtors Einstein and Strausheim: You may claim an exemption for all or any portion of the money at issue within 30 days after service of this Notice of Lien. If you do not claim such an exemption within the said 30 days, any exemption to which you may be entitled is waived.

Dated: Nov. 10, 2010

Los Angeles, Calif

Respectfully submitted,

*/s/ Joseph L. Shalant*

Joseph L. Shalant

RECEIVED AUG 3 1 2009

LOS ANGELES SUPERIOR COURT

AUG 3 1 2009

JOHN A. CLARKE CLERK
_____ DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| EINSTEIN COSMETICS LLC;<br>BENJAMIN EINSTEIN AND AMY<br>STRAUSHEIM,<br><br>   Plaintiffs,<br><br>vs.<br><br>JOSEPH L. SHALANT, et. al.<br><br>   Defendant.<br><br>JOSEPH L. SHALANT,<br><br>   Cross-Complainant,<br><br>vs.<br><br>BENJAMIN EINSTEIN and AMY<br>STRAUSHEIM and ROES 1-5,<br>inclusive<br><br>   Cross-Defendants. | CASE NUMBER: BC380498<br><br>~~(Proposed)~~<br>JUDGMENT<br><br>AFTER COURT TRIAL<br><br>(Plaintiffs/Cross-Defendants did not appear at trial) |

THIS MATTER CAME ON REGULARLY FOR TRIAL BY COURT, jury having been waived, in Department 15 on August 25, 2009, beginning at about 9:30 am, of the above-noted court, Honorable Richard L. Fruin, Judge presiding. Plaintiffs/Cross-Defendants did not appear at trial either in person or by counsel; Joseph L. Shalant, Defendant/Cross-Complainant, appeared in pro per.

1  Joseph L. Shalant testified under oath and offered exhibits in proof of the cross-
2  complaint.
3  The Court dismissed Plaintiffs' complaint for not appearing and presenting no
4  evidence.
5  After hearing and after duly considering sworn testimony and reviewing
6  documentary evidence, the Court ruled as follows:
7  JUDGMENT ordered for Cross-Complainant Shalant against
8  Cross-Defendants, Einstein and Strausheim, jointly and severally:
9  a) On causes of action numbers 1, 2 and 3 of his cross-complaint in the
10  total sum of $363,623.47;
11 b) on cause of action number 5 of his cross-complaint in the sum of
12  $1,000.00;
13 c) on cause of action number 6 of his cross-complaint in the sum of
14  $1,000.00
15  (total cumulative judgment is for $365,623.47);
16 d) costs per cost bill to be submitted.

18  It is further ordered that this JUDGMENT shall apply toward whatever interest, if
19 any, BENJAMIN EINSTEIN and/or AMY STRAUSHEIM may have in the claim of
20 Einstein Cosmetics LLC (a.k.a. EINSTEIN COSMETICS) as against CVS CAREMARK
21 Corp. (a.k.a. CVS/pharmacy) up to and including the amount owed under this judgment.
22  As to CVS CAREMARK (a.k.a. CVS/pharmacy), the foregoing is informative only and is
23 not intended to be instructive. The Court has no jurisdiction at present over CVS CAREMARK
24 (a.k.a. CVS/pharmacy).

26  IT IS SO ORDERED.

Aug-31, 2009

RICHARD L. FRUIN
JUDGE, LOS ANGELES SUPERIOR COURT

-2-

# PROOF OF SERVICE

**STATE OF CALIFORNIA COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 202 South Lake Avenue, Suite 202, Pasadena, California 91101.

On August **27**, 2009, I served the foregoing documents described as

## PROPOSED JUDGMENT

on the interested parties in said as stated below:

```
Einstein Cosmentics
Ben Einstein
Amy Strausheim
35684 Larkspur Drive
Wildomar, CA 92595
```

___ **By Personal Service:** I caused such envelope to be delivered by hand to the addressee.

_X_ **By Mail:** I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

___ **By Facsimile Transmission:** by causing a true and correct copy thereof to be telecopied to the party at the facsimile number as set forth above. The facsimile machine I used complied with *Rule 2003(3)* and no error was reported by the machine. Pursuant to *Rule 2005(i)*, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August **27**, 2009 in Pasadena, County of Los Angeles, California.

Oswin Chan                                         _____
                                                              (Signature)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am over the age of 18 and not a party to the within action, my business address is: 14924 Camarosa Dr., Pacific Palisades, CA. 90272

On Nov. 10, 2010 I served by fax only the foregoing document described as:

NOTICE OF FILING LIEN AND LIEN

on:

Daniel M. Cislo, Esq.,
Kelly W. Cunningham, Esq.
CISLO & THOMAS LLP
1333 2nd St., Suite 500
Santa Monica, CA. 90401

CVS Caremark Corp
CVS Pharmacy, Inc
c/o Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
2029 Century Park E. Suite 1370
Los Angeles, CA. 90067

Benjamin Einstein & Amy Strausheim
35694 Larkspur Dr.
Wildomar, CA 92595

[ X ]   By Mail – The within correspondence was deposited by me with the U.S. Postal Service on the same day shown on this affidavit, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postal meter date is more than one day after the date of deposit for mailing this affidavit.

[ ]   By Telcopier – at fax number listed above

[ ]   By Personal Service – I delivered such envelope by hand to the offices of the addressee.

[ ]   State – I declare under penalty of perjury under the laws of the State of California that the above is true and correct

Executed on Nov. 10, 2010 at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

Wendy Kronick