MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Harvey I. Saferstein, Esq. (SBN: 49750)
Nada I. Shamonki, Esq. (SBN: 205359)
Ben L. Wagner, Esq. (SBN: 243594)
Sarah J. Robertson, Esq. (SBN: 243364)
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Phone: 310.586.3200
Fax: 310.586.3202
hsaferstein@mintz.com; nshamonki@mintz.com
bwagner@mintz.com; srobertson@mintz.com

Attorneys for Defendant and Counterclaimant
CVS PHARMACY, INC. and
Defendant CVS CAREMARK CORP.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| EINSTEIN COSMETICS, LLC and JOSEPH L. SHALANT,<br><br>Plaintiffs,<br><br>vs.<br><br>CVS CAREMARK CORP., CVS pharmacy<br>And DOES 1-20, Inclusive,<br>,<br><br>Defendants.<br><br>CVS PHARMACY, INC,<br><br>Counterclaimant,<br><br>vs.<br><br>EINSTEIN COSMETICS, LLC and JOSEPH L. SHALANT,<br><br>Counterdefendants. | Case No. CV10-00640-AHM (AGRx)<br><br>**JUDGMENT**<br><br><br><br>Judge: Honorable A. Howard Matz<br>Ctrm: 14<br><br>Discovery Cut Off: 01/03/11<br>Pretrial Conference: 06/20/11<br>Trial Date: 07/05/11 |

| | |
|---|---|
| 1 | This action came on regularly for hearing before the Court, Hon. A. Howard |
| 2 | Matz, District Judge Presiding, on Defendants CVS Pharmacy, Inc. and CVS |
| 3 | Caremark Corp.'s Motion for Summary Judgment on all causes of action in Plaintiff |
| 4 | Einstein Cosmetics, LLC's Complaint, and the evidence presented having been fully |
| 5 | considered, the issues having been duly heard and a decision having been duly |
| 6 | rendered, |
| 7 | IT IS ORDERED AND ADJUDGED that Plaintiff Einstein Cosmetics, LLC |
| 8 | take nothing by its Complaint, that Plaintiff's Complaint be dismissed and that |
| 9 | Defendants recover their costs. |

Dated: June 02, 2011_____

*/s/ A. Howard Matz*

_____
Honorable A. Howard Matz
Judge, United States District Court