| | |
|---|---|
| 1 | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. |
| 2 | Harvey I. Saferstein, Esq. (SBN: 49750) |
|   | Nada I. Shamonki, Esq. (SBN: 205359) |
|   | Ben L. Wagner, Esq. (SBN: 243594) |
| 3 | Sarah J. Robertson, Esq. (SBN: 243364) |
|   | 2029 Century Park East, Suite 1370 |
| 4 | Los Angeles, California 90067 |
|   | Phone: 310.586.3200 |
| 5 | Fax: 310.586.3202 |
|   | hsaferstein@mintz.com; nshamonki@mintz.com |
| 6 | bwagner@mintz.com; srobertson@mintz.com |

Attorneys for Defendant and Counterclaimant
CVS PHARMACY, INC. and
Defendant CVS CAREMARK CORP.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EINSTEIN COSMETICS, LLC and JOSEPH L. SHALANT, | Case No. CV10-00640-AHM (AGRx) |
| Plaintiffs, | **REVISED FINAL JUDGMENT** |
| vs. | |
| CVS CAREMARK CORP., CVS pharmacy And DOES 1-20, Inclusive, | |
| Defendants. | |
| | Judge: Honorable A. Howard Matz |
| CVS PHARMACY, INC, | Ctrm: 14 |
| Counterclaimant, | |
| vs. | Discovery Cut Off: 01/03/11 |
|  | Pretrial Conference: 06/20/11 |
| EINSTEIN COSMETICS, LLC and JOSEPH L. SHALANT, | Trial Date: 07/05/11 |
| Counterdefendants. | |

1

This action came on regularly for hearing before the Court, Hon. A. Howard Matz, District Judge Presiding, on Defendants CVS Pharmacy, Inc. and CVS Caremark Corp.'s Motion for Summary Judgment on all causes of action in Plaintiff Einstein Cosmetics, LLC's Complaint, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that Plaintiff Einstein Cosmetics, LLC take nothing by its Complaint, that Plaintiff's Complaint be dismissed and that Defendants recover their costs.

Additionally, this action came on regularly for hearing before the Court, Hon. A. Howard Matz, District Judge Presiding, on Defendant/ Counterclaimant CVS Pharmacy, Inc. ("CVS") and Defendant CVS Caremark Corp.'s Motion for Terminating Sanctions and an Award of Fees and Costs against Plaintiff/ Counterdefendant Einstein Cosmetics, LLC, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the answer to CVS' counterclaims be stricken, and that default judgment be entered only as to the counterclaim for breach of contract against Einstein Cosmetics, LLC,[1] including damages in the amount of $1,025,040.60 against Einstein Cosmetics, LLC with CVS to recover its costs as prevailing party, in accordance with Federal Rule of Civil Procedure 54.

No further claims remain in this action and this judgment constitutes a final judgment.

**IT IS SO ORDERED.**

Dated: _June 10, 2011_____

Honorable A. Howard Matz
Judge, United States District Court

---

[1] CVS' counterclaim for breach of contract against Joseph L. Shalant shall be dismissed without prejudice.

2